[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 19, 2005
THOMAS K. KAHN
CLERK

No. 05-10190
Non-Argument Calendar

_____

D. C. Docket No. 03-80849-CV-DMM

FULTON COUNTY ADMINISTRATION,
for the Estate of Lita McClinton Sullivan,

Plaintiff-Appellant,

versus

MICHAEL A. BLANK, a Florida resident,
JULIUS BAER BANK & COMPANY, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(August 19, 2005)**

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

The administrator for the Estate of Lita McClinton Sullivan ("Sullivan") appeals the judgment of the district court dismissing with prejudice counts one through nine of the Amended Complaint and count ten of the Second Amended Complaint. Having considered the briefs, and relevant parts of the record, we agree with the district court that counts one through eight should be dismissed for failure to allege facts stating a RICO claim. We also conclude that the district court properly dismissed Sullivan's count nine claim for fraudulent transfer. *See Freeman v. First Union Nat'l Bank*, 865 So. 2d 1272 (Fla. 2004). Finally, we agree with the district court that Sullivan has not stated claims for unjust enrichment or implied contract in count ten. The judgment of the district court is, therefore,

**AFFIRMED.**